**J**EANNETTE **J. C**LACK
**C**LERK OF **C**OURT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
655 East Cesar E. Chavez Blvd., Suite G-65
San Antonio, Texas 78206

**P**HILIP **J. D**EVLIN
**C**HIEF **D**EPUTY

December 11, 2020

**Sandra L. Harrington**
219 Broken Arrow
Floresville, TX 78114

RE: Case #5:20-cv-01410-OLG

Dear Ms. Harrington,

Your Complaint was filed in our office on 12/10/2020 and assigned the above case number. Please reference this case number on all future documents submitted for filing in this case. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

          Sincerely,

          By___nam____
             Deputy Clerk