FILED

1 February 2021

FEB 1 2 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

To:   UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF TEXAS
      SAN ANTONIO DIVISION
      655 East Cesar E. Chavez Blvd., Suite G-65
      San Antonio, TX  78206

From: Sandra L. Harrington
      219 Broken Arrow
      Floresville, TX  78114
      (210) 663-6278
      SH.Personal@Yahoo.com

SUBJECT:  Request Withdrawal of Civil Action Case #5:20-cv-01410-OLG

To the Court:

Please accept this as my request to dismiss this case.  My personal circumstances have declined to the point that I am no longer able to pursue it.  Thank you.

*Sandra Harrington*

Sandra L. Harrington
Plaintiff
Sandra L. Harrington v. Ryan D. McCarthy, Secretary, Department of the Army

